**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-10051**
**Summary Calendar**
_____

**BILLY GENE DE LONY,**

**Plaintiff-Appellant,**

**versus**

**WAYNE SCOTT, Director; DAN MORALES,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(7:96-CV-233)**
_____

July 7, 1997

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Billy Gene De Lony appeals the district court's dismissal, as frivolous, of his *pro se*, *in forma pauperis* civil rights complaint. He contends that the court abused its discretion by concluding that his complaint was barred under the principles stated in ***Heck v. Humphrey***, 512 U.S. 477, 487 (1994).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Based on our review of the record and De Lony's brief, we find no reversible error. Accordingly, we **AFFIRM** for the reasons stated by the district court. *See De Lony v. Scott*, No. 7:96-CV-0233-X (N.D. Tex. Dec. 6, 1996); *see also Edwards v. Balisok*, ___ U.S. ___, 117 S. Ct. 1584, 1589 (1997). De Lony's motions to enlarge the record and for jury consideration are **DENIED**.

*AFFIRMED; MOTIONS DENIED*